# CRIMINAL COMPLAINT
(Electronically Submitted)

| **United States District Court** | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Hector Alonso Sanchez-Cruz**<br>YOB: 1986; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**20-04782MJ** |

Complaint for violation of Title 8, United States Code Sections 1326(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about July 31, 2020, at or near Arivaca, in the District of Arizona, **Hector Alonso Sanchez-Cruz**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Nogales, Arizona on August 24, 2013, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Hector Alonso Sanchez-Cruz** is a citizen of Mexico. On August 24, 2013, **Hector Alonso Sanchez-Cruz** was lawfully denied admission, excluded, deported and removed from the United States through Nogales, Arizona. On July 31, 2020, agents found **Hector Alonso Sanchez-Cruz** in the United States at or near Arivaca, Arizona, without the proper immigration documents. **Hector Alonso Sanchez-Cruz** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>LMG2/AJC<br>AUTHORIZED AUSA /s/ Liza Granoff | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent<br>Andrew J. Carpenter |
|---|---|
| Sworn by telephone  x | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>August 3, 2020 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54